## 17840.   ROGERS v. THE STATE.

LUKE, J.  The evidence demanded the verdict, and the special assignments of error do not require another hearing of the case.  *Bedsole* v. *State, 32 Ga. App.* 792.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 8, 1927.

Possessing and selling intoxicating liquor; from Berrien superior court—Judge Knight.  December 17, 1926.

*Jeff S. Story,* for plaintiff in error.

*H. C. Morgan, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 255, n. 53.

## 16621, 16622.   SUMTER COUNTY v. NATIONAL SURETY COMPANY;

### and *vice versa.*

JENKINS, P. J.  It appearing that the county treasurer has accounted for more than the lawful funds of the county which went into his hands, the court below did not err in granting a nonsuit in an action against the surety on his bond to recover commissions on funds illegally borrowed by the county.  See answers to question certified to the Supreme Court in this case, 163 *Ga.* 840 (136 S. E. 907).

*Judgment affirmed on main bill of exceptions; cross-bill dismissed.  Stephens and Bell, JJ., concur.*

DECIDED MARCH 16, 1927.

Complaint on bond; from city court of Americus—Judge Harper.  March 27, 1925.

*R. L. Maynard,* for plaintiff.  *Ellis, Webb & Ellis,* for defendant.

Counties, 15 C. J. p. 529, n. 98 New.